1  KAMALA D. HARRIS
   Attorney General of California
2  JEFFREY R. VINCENT
   Supervising Deputy Attorney General
3  CRAIG MODLIN
   Deputy Attorney General
4  State Bar No. 57832
     1515 Clay Street, 20th Floor
5    P.O. Box 70550
     Oakland, CA  94612-0550
6    Telephone:  (510) 622-2206
     Fax:  (510) 622-2121
7    E-mail:  Craig.Modlin@doj.ca.gov
   *Attorneys for Defendants State of California (sued*
8  *herein as California Highway Patrol), M. Diehl, Z.*
   *Trzesniewski, H. Schultz, C. Bruno, D. Hazelwood*
9  *and J. Koven*

10              IN THE UNITED STATES DISTRICT COURT

11            FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13

| | |
|---|---|
| 14 **YOLANDA FRAUSTO,** | Case No. _____ |
| 15 **INDIVIDUALLY AND A SUCCESSOR IN INTEREST** | |
| **TO THE ESTATE OF DECEDENT JOHN ANTHONY** | **NOTICE OF REMOVAL OF ACTION** |
| 16 **CORNEJO** | **UNDER 28 U.S.C. Section 1441(b)** |
| 17                                 Plaintiff, | **(FEDERAL QUESTION)** |
| 18            v. | |
| 19 | |
| 20 **CALIFORNIA HIGHWAY PATROL** | |
| **MICHAEL R. DIEHL, ZACHARY** | |
| 21 **TRZESNIEWSKI, HENRY L. SCHULTZ, JR.,** | |
| **COSIMO F. BRUNO, DAVID A. HAZELWOOD,** | |
| 22 **JR., JAMES A. KOVEN, NORMAN D. CORNEJO,** | |
| **II AND DOES 1–30, INCLUSIVE,** | |
| 23 | |
| 24                        DEFENDANTS, | |
| 25 | |

26      **PLEASE TAKE NOTICE** that defendants State of California (sued herein as California

27  Highway Patrol), M. Diehl, Z. Trzesniewski, H. Schultz, C. Bruno, D. Hazelwood and J. Koven,

28

                                         1

1  pursuant to 28 U.S.C. §§ 1441 through 1451, hereby remove to this court the state court action
2  described below.

3      1.   Commencement of State Action

4      On April 1, 2016 plaintiff filed her action against defendants in the Superior Court of
5  the State of California, County of Alameda, entitled "YOLANDA FRAUSTO individually and as
6  successor in interest to the Estate of Decedent John Anthony Cornejo v. CALIFORNIA
7  HIGHWAY PATROL, MICHAEL R. DIEHL, ZACHARY TRZESNIEWSKI, HENRY L.
8  SCHULTZ, JR., COSIMO F. BRUNO, DAVID A. HAZELWOOD, JR., JAMES A KOVEN,
9  NORMAN D. CORNEJO, II and DOES 1-30, inclusive" case number RG 16809897.  This action
10 made no claim against defendants for violation of plaintiff's civil rights.

11     On May 11, 2016 plaintiff amended her action against defendants alleging, for the first time,
12 violation of her civil rights under 42 U.S.C. § 1983.

13     True and correct copies of all process, pleadings and orders served on defendants are
14 attached as Exhibit 1.

15     2.   Timelines of Removal

16     Defendants were served on June 8, 2016 with plaintiff's amended complaint and
17 summons, a copy of which is included in Exhibit 1.  This Notice of Removal is timely under 28
18 U.S.C. § 1446(b).

19     3.   Jurisdiction

20     The above-described action is one of which this court has original jurisdiction under
21 28 U.S.C. § 1331 and may be removed to this court pursuant to the provisions of 28 U.S.C. §
22 1441(b) in that it is a civil action wherein it appears that it is founded on a claim or right arising
23 under the constitution, treaties or laws of the United States, specifically 42 U.S.C. § 1983, and by
24 plaintiff's allegation that defendants' actions violated plaintiff's civil rights.

25     4.   Consent

26     The written consent of all served defendants has been obtained and is attached as
27 Exhibit 2.

28

Notice of Removal of Action Under 28 U.S.C. Section 1441(b) (Federal Question)  (_____)

1    WHEREFORE, defendants hereby petition to remove this case from the Superior Court of

2   Alameda County, pursuant to 28 U.S.C. § 1441(b), to the United States District Court for the

3   Northern District of California.

4

5

6    Dated:  June 27, 2016                                    Respectfully Submitted,

7                                                             KAMALA D. HARRIS
                                                              Attorney General of California
                                                              JEFFREY R. VINCENT
8                                                             Supervising Deputy Attorney General

9

10                                                            _____/s/  Craig Modlin_____

11                                                            CRAIG MODLIN
                                                              Deputy Attorney General
12                                                            *Attorneys for Defendants State of California
                                                              (sued herein as California Highway Patrol),
13                                                            M. Diehl, Z. Trzesniewski, H. Schultz, C.
                                                              Bruno, D. Hazelwood and J. Koven*
14
     OK2016900314
15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Removal of Action Under 28 U.S.C. Section 1441(b) (Federal Question)  (_____)