UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA FRAUSTO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　Defendants. | Case No. 16-cv-03633-RS<br><br>**JUDGMENT** |

Pursuant to the order granting summary judgment filed this date, judgment is hereby entered in favor of defendants and against plaintiff on the claims arising under Federal law. The state law claims are dismissed without prejudice.

**IT IS SO ORDERED**.

Dated: March 29, 2017

_____
RICHARD SEEBORG
United States District Judge