AO 133   (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | | |
|---|---|---|
| Yolanda Frausto, | ) | |
| | ) | |
| v. | ) | Case No.: 16-cv-03633-RS |
| State of California, at al | ) | |
| | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on  ___03/29/2017___  against  __plaintiff__  ,
                                                              Date

the Clerk is requested to tax the following as costs:

Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   $  400.00   ~~835.00~~
  Disallowed $435.00 as outside the ambit of Civil Local Rule 54-3(a)(1).
Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   _____

Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . .   6,106.45  ~~6,443.85~~
  Disallowed $337.40 for hourly rates and mileage as outside the ambit of Civil Local Rule 54-3(c).
Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   _____

Fees for witnesses (itemize on page two) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   98.05

Fees for exemplification and the costs of making copies of any materials where the copies are
necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   383.72   ~~1,007.65~~
  Disallowed $623.93 as outside the ambit Civil Local Rule 54-3(d).
Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   _____

Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   _____

Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   _____

Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . .   _____

Other costs (please itemize) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   _____

                                                                                     TOTAL   $  6,988.22 ~~8,384.55~~

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

[✓] Electronic service        [ ] First class mail, postage prepaid

[ ] Other:

                .s/ Craig Modlin

Name of Attorney:  Craig Modlin

For:                State of California Defendants                Date: April 11, 2017
                    Name of Claiming Party

### Taxation of Costs

Costs are taxed in the amount of          $6,988.22          and included in the judgment.

SUSAN Y. SOONG                By: _____        May 25, 2017
   Clerk of Court                      Deputy Clerk                   Date
                              Melinda K. Lozenski

AO 133  (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| See attached Schedule C | 2 | 80.00 | 0 | 0.00 | 31 | 18.05 | $98.05 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $98.05 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

# <u>Attachment to Defendant's Bill of Costs</u>
## Yolanda Frausto v State of California
## USDC-ND CA Case Number 16-cv-03633-RS

| | |
|---|---|
| **Filing Fees**<br>**(Schedule A)** | **$835.00** |
| **Fees for recorded transcripts**<br>**(Schedule B)** | **$6,443.85** |
| **Fees for witnesses**<br>**(Schedule C)** | **$98.05** |
| **Fees for exemplification and costs of copies**<br>**(Schedule D)** | **$1,007.65** |
| **TOTAL:** | **$8,384.55** |

# SCHEDULE A
## Filing Fees

| Date | Document Filed | Amount |
|---|---|---|
| 05/12/2016 | Alameda County Superior Court first appearance fee | $435.00* |
| 08/19/2016 | Removal to federal court filing fee | $400. |
| **Total** | | **$835.00** |

\* Pursuant to California Government Code Section 6103.5, this fee is recoverable although the State was exempt from paying it.

XAVIER BECERRA
Attorney General

State of California
DEPARTMENT OF JUSTICE
1300 I STREET, SACRAMENTO, CA 95814
Billing Inquiries: (916) 324-5090

# Cost of Suit Summary

**MatterID:** OK2016900314
**Description:** Frausto, Yolanda v CHP

**Date Opened:** Apr 28, 2016

As of  Apr 10, 2017

| Entry No | Journal Date | Vendor # | Vendor | Schedule | Reference | Amount |
|---|---|---|---|---|---|---|
| **Cost of Suit** | | | | | | |
| 100593928 | 11/17/16 | 000058297 | Ace Messenger & Atty Srv | 161109 | 38613-01-01 | $162.43 * |
| 100593929 | 11/17/16 | 000058297 | Ace Messenger & Atty Srv | 161109 | 38613-01-01 | $126.68 * |
| 100603415 | 3/3/17 | 000058297 | Ace Messenger & Atty Srv | 162243 | 39684-01-01 | $143.18 * |
| | | | **Totals For:  Legal Messenger Services-Contracted** | | | $0.00 |
| **Non Contract Court Related Costs** | | | | | | |
| 100584086 | 8/19/16 | 000057231 | Us Bank Corp Pymt Systm | 160182 | 0445563979Z | $400.00 |
| | | | **Totals For:  Non Contract Court Related Costs** | | | $400.00 |
| **Non Contract Other Costs** | | | | | | |
| 100597750 | 1/5/17 | 000026013 | Quest Discovery Services | 161599 | SIS61554OB | $23.00 |
| 100600361 | 2/1/17 | 000026013 | Quest Discovery Services | 161876 | SIS61554OB1 | $155.85 |
| | | | **Totals For:  Non Contract Other Costs** | | | $178.85 |
| **Non Contract Transcript Fees** | | | | | | |
| 100583773 | 9/28/16 | 000010700 | Atkinson Baker | 160566 | AA07E94 AB | $283.50 |
| 100596790 | 12/20/16 | 000010700 | Atkinson Baker | 161461 | AA0B057 AA | $722.15 |
| 100596791 | 12/20/16 | 000010700 | Atkinson Baker | 161461 | AA0B076 AB | $308.15 |
| 100597090 | 12/21/16 | 000010700 | Atkinson Baker | 161465 | AA090H4 AB | $189.70 |
| 100597091 | 12/21/16 | 000010700 | Atkinson Baker | 161465 | AA090F3 AB | $218.90 |
| 100597092 | 12/21/16 | 000010700 | Atkinson Baker | 161465 | AA090F5 AB | $212.00 |

**Total Legal Costs:**
**Cost of Suit:**
**Grand Total:**

* Denotes soft costs which are not included in totals.

# Superior Court of California
## County of Alameda
## Statewide Civil Fee Schedule[1]
### Effective January 1, 2015

Clerk's Office Hours:  Monday – Friday, 8:30 AM – 4:30 PM

René C. Davidson Courthouse
1225 Fallon Street
Oakland, CA  94612
(510) 891-6003  (Civil / Small Claims / RO)
(510) 647-4439  (Probate)
(510) 891-6005  (Records)

Berkeley Courthouse
2120 Martin Luther King Jr., Way
Berkeley, CA  94704
(510) 647-4439  (Probate)

Hayward Hall of Justice
24405 Amador Street
Hayward, CA  94544
(510) 690-2705  (Civil / Probate / Small Claims)
(510) 690-2702  (Family Law / RO)

George E. McDonald Hall of Justice
2233 Shoreline Drive
Alameda, CA  94501
(510) 891-6028  (Family Law / RO)

|  |  | Code Section(s) | Total Fee Due |
|---|---|---|---|
| **INITIAL FILING FEES IN CIVIL CASES** | | | |
| **Unlimited Civil Cases** | | | |
| 1 | Complaint or other first paper in unlimited civil case (amount over $25,000), including: | GC 70611 | $ 435* |
| 2 | Complaint or other first paper in unlawful detainer case over $25,000 | | |
| 3 | Petition for a writ of review, mandate, or prohibition (other than a writ petition to the appellate division) | | |
| 4 | Petition for a decree of change of name or gender | | |
| 5 | Answer or other first paper filed by each party other than plaintiff (amount over $25,000) (including unlawful detainer) | GC 70612 | $ 435* |
| 6 | Claim opposing forfeiture of seized property, if value of property is $5,000 or less [2] | H&S 11488.5(a)(3) | No fee |

[1] Fee changes pursuant to the Uniform Civil Fees and Standard Fee Schedule Act of 2005 (Stats. 2005, ch. 75 (AB 145)), AB 1248 (Stats. 2007, ch. 738), SB 1407 (Stats. 2008, ch. 311), and 2009 Budget Act (Stats. 2009, ch. 22, SBX4 13), SB 857 (Stats. 2010, ch. 720), SB 1021 (Stats. 2012, ch. 41), SB 75 (Stats. 2013, ch. 31), AB 1293 (Stats. 2013, ch. 382), and other legislation.

[2] If the value of the property is more than $5,000, the filing fee is the fee in GC 70611.

* Fees marked with an asterisk will vary in the counties of Riverside, San Bernardino, and San Francisco because of a local surcharge for courthouse construction.  The fees in those counties are shown in the appendix.

| | | | Code Section(s) | Total Fee Due |
|---|---|---|---|---|
| | | **Other Initial Filing Fees (both Limited and Unlimited Civil Cases) (continued)** | | |
| | 22 | Complaint, response, or other first paper filed on behalf of public entity (but fee is recoverable with judgment under GC 6103.5) | GC 6103 | No fee |
| | 23 | Amended complaint or amended cross-complaint (other than one that changes amount at issue to reclassify case or require fee difference paid in limited civil case under GC 70613.5) | CCP 472 | No fee |
| | 24 | Action to compel registration of voters | Elec. 2142 | No fee |
| | 25 | Request for order to require counting of provisional ballots | Elec. 14310 | No fee |
| | 26 | Petition for forfeiture where claim has been filed with district attorney for impounded vehicle | VC 14607.6(e)(4) | $ 100 |
| | 27 | Abstract of judgment rendered from another court (unless filed with an application for order of sale of a dwelling under CCP 704.750 or with an application for order of examination under CCP 708.160) | GC 70626(b)(2) | $ 30 |
| | 28 | Issuing commission to take deposition out of state under CCP 2026.010 | GC 70626(b)(5) | $ 30 |
| | 29 | Filing and entering award under Workers' Compensation Act | GC 70626(b)(6) | $ 30 |

| | | **Other Initial Filing Fees (both Limited and Unlimited Civil Cases) — Discovery in Out-of-State Case** | | |
|---|---|---|---|---|
| | 30 | Application for subpoena for discovery in out-of-state case (CCP 2029.300) | GC 70626(b)(5) | $ 30 |
| | 31 | First petition by party for relief in discovery dispute related to out-of-state case (CCP 2029.610(a), CCP 2029.620(c)(1)) | GC 70611 | $ 435* |
| | 32 | First petition by non-party for relief in discovery dispute related to out-of-state case (CCP 2029.610(a), CCP 2029.620(c)(2)) | GC 70626(c) | $ 80 |
| | 33 | Subsequent petition by party for relief in discovery related to out-of-state case (where first appearance fee was previously paid) (CCP 2029.620(c)(1)) | GC 70617(a) | $ 60 |
| | 34 | Subsequent petition by non-party for relief in discovery dispute related to out-of-state case (where fee under GC 70626(c) was previously paid) (CCP 2029.620(c)(2)) | GC 70617(a) | $ 60 |
| | 35 | Response by party to petition for relief in discovery dispute related to out-of-state case (where first appearance fee was not previously paid) (CCP 2029.610(c)) | GC 70612 | $ 435* |

## SCHEDULE B
## Fees for Transcripts

**Depositions:**

| Date | Deponent | Vendor | Amount |
|------|----------|--------|--------|
| 08/08/2016 | Sook Kim, R.N. | Atkinson-Baker | $283.50 |
| 09/26/2016 | Michael Diehl | Atkinson-Baker | $366.40 |
| 09/28/2016 | Zachary Trzesniewski | Atkinson-Baker | $287.20 |
| 09/29/2016 | David Hazelwood | Atkinson-Baker | $309.50 |
| 10/04/2016 | Cosimo Bruno | Atkinson-Baker | $463.25 |
| 11/03/2016 | Yolanda Frausto | Pizzotti & Jarnagin | $474.75 |
| 11/10/2016 | Norman Don Cornejo | Atkinson-Baker | $722.15 |
| 11/14/2016 | Aaron D. Inns | Atkinson-Baker | $308.15 |
| 11/15/2016 | Ivan Stewart | Atkinson-Baker | $276.80 |
| 11/16/2016 | Kevin Beyrodt | Atkinson-Baker | $287.60 |
| 11/21/2016 | Rosario Lopez | Atkinson-Baker | $217.20 |
| 12/09/2016 | Eric Jones | Atkinson-Baker | $147.45 |
| 12/16/2016 | Maria Magat | Atkinson-Baker | $241.25 |
| 12/21/2016 | Anthony Frausto | CJ Brown Ontario | $871.00 |
| 02/10/2017 | Douglas Tucker, M.D. | SF Reporters | $ 96.85 |
| 02/16/2017 | Clarence Chapman | Atkinson-Baker | $303.65 |
| 02/23/2017 | Gary Tamkin, M.D. | SF Reporters | $ 80.95 |
| 03/02/2017 | David Fairbrother | Atkinson-Baker | $374.60 |
| 03/16/2017 | Phil Allman | Atkinson-Baker | $331.60 |
| **Total** | | | **$6443.85** |

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910  fax
www.depo.com

Craig E. Modlin
California Attorney General
P.O. Box 70550
Oakland, CA 94612-

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Malissa Phillips, mphillips@depo.com

| ABI'S Federal ID No.: | 95-4189037 |
|---|---|

| Setting Firm: | Bracamontes & Vlasak PC |
|---|---|
| Taking Attorney: | Michael Alexander Schreiber |
| Case Name: | Frausto v CHP et al |
| Case No.: | 3:16-CV-00311-RS |

Description:   Certified copy of the reporter's transcript of the deposition of Sook Kim, RN, taken 8/8/2016.

| INVOICE NO. | AA07E94 AB |
|---|---|
| FIRM NO. | 1160966 |
| INVOICE DATE | 08/23/2016 |
| DUE UPON RECEIPT | |

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| Copy Pages - Med/Expert/Technical | 80.00 | $ 2.90 | $ 232.00 |
| Exhibit Copies (pages) | 6.00 | $ .25 | $ 1.50 |
| CD Copy: Ascii/etrans/PDF/exhibits | 1.00 | $ 25.00 | $ 25.00 |
| Condensed Transcript | 1.00 | $ .00 | $ .00 |
| Processing & Handling Fee - Copy | 1.00 | $ 25.00 | $ 25.00 |
| Regular Delivery - Copy | 1.00 | $ .00 | $ .00 |
| | | | |
| PAYMENT | | | - $ 283.50 |
| BALANCE DUE | | | $ .00 |

A service fee of .75% per month will be added to any invoice over 30 days old.

— — — — — — — —   Fold and tear at this perforation, then return stub with payment.   — — — — — — — — —

| BALANCE DUE | $ .00 |
|---|---|
| INVOICE NO. | AA07E94 AB |
| FIRM NO. | 1160966 |

For:   Certified copy of the reporter's transcript of the deposition of Sook Kim, RN, taken 8/8/2016.

From:   Craig E. Modlin
California Attorney General
P.O. Box 70550
Oakland, CA 94612-

Remit To:   Atkinson-Baker, Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

Page 3 of 19

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910  fax
www.depo.com

Craig E. Modlin
California Attorney General
P.O. Box 70550
Oakland, CA 94612-

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Malissa Phillips, mphillips@depo.com

ABI'S Federal ID No.:          95-4189037

| | |
|---|---|
| Setting Firm: | Bracamontes & Vlasak PC |
| Taking Attorney: | Michael Alexander Schreiber |
| Case Name: | Frausto vs. CHP et al |
| Case No.: | 3:16-CV-00311-RS etal. |

Description:   Certified copy of the reporter's transcript of the deposition of Officer Michael R. Diehl, taken 9/26/2016.

| INVOICE NO. | AA090F3 AB |
|---|---|
| FIRM NO. | 1160966 |
| INVOICE DATE | 10/13/2016 |
| DUE UPON RECEIPT | |

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| Copy Pages - Personal Injury Rate | 62.00 | $ 2.70 | $ 167.40 |
| Exhibit Copies (pages) | 6.00 | $ .25 | $ 1.50 |
| CD Copy: Ascii/etrans/PDF/exhibits | 1.00 | $ 25.00 | $ 25.00 |
| Condensed Transcript | 1.00 | $ .00 | $ .00 |
| Processing & Handling Fee - Copy | 1.00 | $ 25.00 | $ 25.00 |
| Regular Delivery - Copy | 1.00 | $ .00 | $ .00 |

| | | | |
|---|---|---|---|
| PAYMENT | | | - $ 218.90 |
| BALANCE DUE | | | $ .00 |

A service fee of .75% per month will be added to any invoice over 30 days old.

– – – – – – – – – – –   Fold and tear at this perforation, then return stub with payment.   – – – – – – – – – –

| BALANCE DUE | $ .00 |
|---|---|
| INVOICE NO. | AA090F3 AB |
| FIRM NO. | 1160966 |

For:   Certified copy of the reporter's transcript of the deposition of Officer Michael R. Diehl, taken 9/26/2016.

From:   Craig E. Modlin
California Attorney General
P.O. Box 70550
Oakland, CA 94612-

Remit To:   Atkinson-Baker, Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910  fax
www.depo.com

| Craig E. Modlin |
| California Attorney General |
| P.O. Box 70550 |
| Oakland, CA 94612- |

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Malissa Phillips, mphillips@depo.com

| ABI'S Federal ID No.: | 95-4189037 |

| Setting Firm: | Bracamontes & Vlasak PC |
| Taking Attorney: | Michael Alexander Schreiber |
| Case Name: | Frausto vs. CHP |
| Case No.: | 3:16-CV-00311-RS |

Description:   DVD for the deposition of Michael R. Diehl taken 9/26/2016.

| INVOICE NO. | 15018  D |
| FIRM NO. | 1160966 |
| INVOICE DATE | 03/27/2017 |
| DUE UPON RECEIPT | |

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| Video DVD - rush | 1.00 | $ 97.50 | $ 97.50 |
| Shipping & Handling - rush | 1.00 | $ 50.00 | $ 50.00 |
| PAYMENT | | | - |
| BALANCE DUE | | | $ 147.50 |

A service fee of .75% per month will be added to any invoice over 30 days old.

- - - - - - - - - - - - Fold and tear at this perforation, then return stub with payment.  - - - - - - - - - - - - - -

| BALANCE DUE | $   147.50 |
| INVOICE NO. | 15018   D |
| FIRM NO. | 1160966 |

For:   DVD for the deposition of Michael R. Diehl taken 9/26/2016.

From:   Craig E. Modlin
California Attorney General
P.O. Box 70550
Oakland, CA 94612-

Remit To:   Atkinson-Baker,Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910  fax
www.depo.com

Craig E. Modlin
California Attorney General
P.O. Box 70550
Oakland, CA 94612-

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Malissa Phillips, mphillips@depo.com

| ABI'S Federal ID No.: | 95-4189037 |
|---|---|

| Setting Firm: | Bracamontes & Vlasak PC |
|---|---|
| Taking Attorney: | Michael Alexander Schreiber |
| Case Name: | Frausto vs. CHP et al |
| Case No.: | 3:16-CV-00311-RS |

Description:   Certified copy of the reporter's transcript of the deposition of Officer Zachary Trzesniewski, taken 9/28/2016.

| INVOICE NO. | AA090F4 AB |
|---|---|
| FIRM NO. | 1160966 |
| INVOICE DATE | 10/12/2016 |
| DUE UPON RECEIPT | |

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| Copy Pages - Personal Injury Rate | 51.00 | $ 2.70 | $ 137.70 |
| Exhibit Copies (pages) | 8.00 | $ .25 | $ 2.00 |
| CD Copy: Ascii/etrans/PDF/exhibits | 1.00 | $ 25.00 | $ 25.00 |
| Condensed Transcript | 1.00 | $ .00 | $ .00 |
| Processing & Handling Fee - Copy | 1.00 | $ 25.00 | $ 25.00 |
| Regular Delivery - Copy | 1.00 | $ .00 | $ .00 |

| PAYMENT | | | - $ 189.70 |
|---|---|---|---|
| BALANCE DUE | | | $ .00 |

A service fee of .75% per month will be added to any invoice over 30 days old.

— — — — — — — — — — — —   Fold and tear at this perforation, then return stub with payment.   — — — — — — — — — — — —

| BALANCE DUE | $ .00 |
|---|---|

| INVOICE NO. | AA090F4 AB |
|---|---|
| FIRM NO. | 1160966 |

From:   Craig E. Modlin
California Attorney General
P.O. Box 70550
Oakland, CA 94612-

For:   Certified copy of the reporter's transcript of the deposition of Officer Zachary Trzesniewski, taken 9/28/2016.

Remit To:   Atkinson-Baker, Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910 fax
www.depo.com

Craig E. Modlin
California Attorney General
P.O. Box 70550
Oakland, CA 94612-

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Malissa Phillips, mphillips@depo.com

| ABI'S Federal ID No.: | 95-4189037 |
|---|---|

| Setting Firm: | Bracamontes & Vlasak PC |
|---|---|
| Taking Attorney: | Michael Alexander Schreiber |
| Case Name: | Frausto vs. CHP |
| Case No.: | 3:16-CV-00311-RS |

Description:   DVD for the deposition of Zachary Trezeniewski taken 9/28/2016.

| INVOICE NO. | 15019  C |
|---|---|
| FIRM NO. | 1160966 |
| INVOICE DATE | 03/27/2017 |
| DUE UPON RECEIPT | |

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| Video DVD - rush | 1.00 | $ 97.50 | $ 97.50 |
| | | | |
| PAYMENT | | | - |
| BALANCE DUE | | | $ 97.50 |

A service fee of .75% per month will be added to any invoice over 30 days old.

– – – – – – – – – – – Fold and tear at this perforation, then return stub with payment. – – – – – – – – – – – –

| BALANCE DUE | $   97.50 |
|---|---|
| INVOICE NO. | 15019  C |
| FIRM NO. | 1160966 |

For:   DVD for the deposition of Zachary Trezeniewski taken 9/28/2016.

From:   Craig E. Modlin
California Attorney General
P.O. Box 70550
Oakland, CA 94612-

Remit To:   Atkinson-Baker, Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910  fax
www.depo.com

Craig E. Modlin
California Attorney General
P.O. Box 70550
Oakland, CA 94612-

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Malissa Phillips, mphillips@depo.com

ABI'S Federal ID No.:          95-4189037

| | |
|---|---|
| Setting Firm: | Bracamontes & Vlasak PC |
| Taking Attorney: | Michael Alexander Schreiber |
| Case Name: | Frausto vs. CHP et al |
| Case No.: | 3:16-CV-00311-RS |

Description:   Certified copy of the reporter's transcript of the deposition of Officer David A. Hazelwood, Jr., taken 9/29/2016.

| | |
|---|---|
| INVOICE NO. | AA090F5 AB |
| FIRM NO. | 1160966 |
| INVOICE DATE | 10/14/2016 |
| DUE UPON RECEIPT | |

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| Copy Pages - Personal Injury Rate | 60.00 | $ 2.70 | $ 162.00 |
| CD Copy: Ascii/etrans/PDF | 1.00 | $ 25.00 | $ 25.00 |
| Condensed Transcript | 1.00 | $ .00 | $ .00 |
| Processing & Handling Fee - Copy | 1.00 | $ 25.00 | $ 25.00 |
| Regular Delivery - Copy | 1.00 | $ .00 | $ .00 |
| | | | |
| PAYMENT | | | - $ 212.00 |
| BALANCE DUE | | | $ .00 |

A service fee of .75% per month will be added to any invoice over 30 days old.

- - - - - - - - - - - - - -   Fold and tear at this perforation, then return stub with payment.   - - - - - - - - - - - - - -

| BALANCE DUE | $   .00 |
|---|---|
| INVOICE NO. | AA090F5 AB |
| FIRM NO. | 1160966 |

For:     Certified copy of the reporter's transcript of the deposition of Officer David A. Hazelwood, Jr., taken 9/29/2016.

From:   Craig E. Modlin
California Attorney General
P.O. Box 70550
Oakland, CA 94612-

Remit To:   Atkinson-Baker, Inc.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910  fax
www.depo.com

| Craig E. Modlin |
| --- |
| California Attorney General |
| P.O. Box 70550 |
| Oakland, CA 94612- |

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Malissa Phillips, mphillips@depo.com

| ABI'S Federal ID No.: | 95-4189037 |
| --- | --- |

| Setting Firm: | Bracamontes & Vlasak PC |
| --- | --- |
| Taking Attorney: | Michael Alexander Schreiber |
| Case Name: | Frausto vs. CHP, et al. |
| Case No.: | 3:16-CV-00311-RS |

Description:   DVD for the deposition of David A. Hazelwood, Jr. taken 9/29/2016.

| INVOICE NO. | 1501A  C |
| --- | --- |
| FIRM NO. | 1160966 |
| INVOICE DATE | 03/27/2017 |
| DUE UPON RECEIPT | |

| ITEM | QTY | PRICE | LINE TOTAL |
| --- | --- | --- | --- |
| Video DVD - rush | 1.00 | $ 97.50 | $ 97.50 |
| | | | |
| PAYMENT | | | - |
| BALANCE DUE | | | $ 97.50 |

A service fee of .75% per month will be added to any invoice over 30 days old.

– – – – – – – – – – – – – – –   Fold and tear at this perforation, then return stub with payment.   – – – – – – – – – – – – – –

| BALANCE DUE | $  97.50 |
| --- | --- |
| INVOICE NO. | 1501A  C |
| FIRM NO. | 1160966 |

For:   DVD for the deposition of David A. Hazelwood, Jr. taken 9/29/2016.

From:   Craig E. Modlin
California Attorney General
P.O. Box 70550
Oakland, CA 94612-

Remit To:   Atkinson-Baker,Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

Page 5 of 19

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910  fax
www.depo.com

Craig E. Modlin
California Attorney General
P.O. Box 70550
Oakland, CA 94612-

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Malissa Phillips, mphillips@depo.com

ABI'S Federal ID No.:          95-4189037

Setting Firm:      Bracamontes & Vlasak PC
Taking Attorney:   Michael R. Bracamontes
Case Name:         Frausto vs. CHP et al
Case No.:          3:16-CV-00311-RS

| INVOICE NO. | AA0A09C AB |
|---|---|
| FIRM NO. | 1160966 |
| INVOICE DATE | 10/19/2016 |
| DUE UPON RECEIPT | |

Description:   Certified copy of the reporter's transcript of the deposition of Officer Cosimo Bruno, taken 10/4/2016.

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| Copy Pages - Personal Injury Rate | 80.00 | $ 2.70 | $ 216.00 |
| Exhibit Copies (pages) | 9.00 | $ .25 | $ 2.25 |
| CD Copy: Ascii/etrans/PDF/exhibits | 1.00 | $ 25.00 | $ 25.00 |
| Condensed Transcript | 1.00 | $ .00 | $ .00 |
| Processing & Handling Fee - Copy | 1.00 | $ 25.00 | $ 25.00 |
| Regular Delivery - Copy | 1.00 | $ .00 | $ .00 |

| PAYMENT | | | - $ 268.25 |
|---|---|---|---|
| BALANCE DUE | | | $ .00 |

A service fee of .75% per month will be added to any invoice over 30 days old.

- - - - - - - - - - - -   Fold and tear at this perforation, then return stub with payment.   - - - - - - - - - - - -

| BALANCE DUE | $ .00 |
|---|---|
| INVOICE NO. | AA0A09C AB |
| FIRM NO. | 1160966 |

For:   Certified copy of the reporter's transcript of the deposition of Officer Cosimo Bruno, taken 10/4/2016.

From:   Craig E. Modlin
California Attorney General
P.O. Box 70550
Oakland, CA 94612-

Remit To:   Atkinson-Baker,Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910  fax
www.depo.com

Craig E. Modlin
California Attorney General
P.O. Box 70550
Oakland, CA 94612-

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Malissa Phillips, mphillips@depo.com

| ABI'S Federal ID No.: | 95-4189037 |
|---|---|

| Setting Firm: | Bracamontes & Vlasak PC |
|---|---|
| Taking Attorney: | Michael R. Bracamontes |
| Case Name: | Frausto vs. CHP |
| Case No.: | 3:16-CV-00311-RS |

Description:   DVD for the deposition of Cosimo F. Bruno taken 10/4/2016.

| INVOICE NO. | 1507E  B |
|---|---|
| FIRM NO. | 1160966 |
| INVOICE DATE | 03/27/2017 |
| DUE UPON RECEIPT | |

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| Video DVD - rush | 2.00 | $ 97.50 | $ 195.00 |
| | | | |
| PAYMENT | | | - |
| BALANCE DUE | | | $ 195.00 |

A service fee of .75% per month will be added to any invoice over 30 days old.

- - - - - - - - - - - - - -   Fold and tear at this perforation, then return stub with payment.   - - - - - - - - - - - -

| BALANCE DUE | $  195.00 |
|---|---|
| INVOICE NO. | 1507E  B |
| FIRM NO. | 1160966 |

For:   DVD for the deposition of Cosimo F. Bruno
taken 10/4/2016.

From:   Craig E. Modlin
California Attorney General
P.O. Box 70550
Oakland, CA 94612-

Remit To:   Atkinson-Baker, Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.



XAVIER BECERRA
Attorney General

**State of California**
**DEPARTMENT OF JUSTICE**
1300 I STREET, SACRAMENTO, CA 95814
Billing Inquiries: (916) 324-5090

# Cost of Suit Summary

As of  Apr 10, 2017

**MatterID:** OK201690034
**Description:** Frausto, Yolanda v CHP

**Date Opened:** Apr 28, 2016

## Cost of Suit

| Entry No. | Journal Date | Vendor # | Vendor | Schedule | Reference | Amount |
|---|---|---|---|---|---|---|
| 100597093 | 12/21/16 | 000010700 | Atkinson Baker | 161465 | A0A09C AB | $268.25 |
| 100597096 | 12/21/16 | 000010700 | Atkinson Baker | 161472 | A0C7C0 AC | $217.20 |
| 100597749 | 1/3/17 | 000010700 | Atkinson Baker | 161576 | A0C251 AC | $287.60 |
| 100601313 | 2/9/17 | 000017772 | Pizzotti & Jarnagin | 161990 | 93798 | $474.75 |
| 100601446 | 2/13/17 | 000010700 | Atkinson Baker | 162030 | A0BD77AB | $276.80 |
| 100601447 | 2/13/17 | 000010700 | Atkinson Baker | 162030 | A0C264 AB | $147.45 |
| 100603714 | 3/20/17 | 000010700 | Atkinson Baker | 162454 | A0B19C9 AC | $303.65 |
| | | | **Totals For:  Non Contract Transcript Fees** | | | **$3,910.10** |

**Non Contract Witness Fees**

| | | | | | | |
|---|---|---|---|---|---|---|
| 100605057 | 3/29/17 | 000028283 | David Fairbrother | 162572 | 3/2 | $300.00 |
| 100605058 | 3/29/17 | 000062487 | Allman And Peterson Econ | 162577 | 6853 | $675.00 |
| | | | **Totals For:  Non Contract Witness Fees** | | | **$975.00** |
| | | | | | **Totals For:  2016-2017** | **$36,372.45** |

**2015-2016**

**Legal Messenger Services-Contracted**

| | | | | | | |
|---|---|---|---|---|---|---|
| 100579968 | 6/29/16 | 000058297 | Ace Messenger & Atty Srv | 153792 | 173237 | $38.25 * |
| 100585808 | 9/1/16 | 000058297 | Ace Messenger & Atty Srv | 154222 | 175149 | $30.00 * |
| 100585810 | 9/1/16 | 000058297 | Ace Messenger & Atty Srv | 154222 | 175149 | $37.50 * |
| | | | **Totals For:  Legal Messenger Services-Contracted** | | | $0.00 * |

**Total Legal Costs:**
**Cost of Suit:**
**Grand Total:**

* Denotes soft costs which are not included in totals.

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910  fax
www.depo.com

Craig E. Modlin
California Attorney General
P.O. Box 70550
Oakland, CA 94612-

| INVOICE NO. | AA0B057 AA |
| FIRM NO. | 1160966 |
| INVOICE DATE | 11/30/2016 |
| DUE UPON RECEIPT | |

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Malissa Phillips, mphillips@depo.com

| ABI'S Federal ID No.: | 95-4189037 |

| Setting Firm: | California Attorney General |
| Taking Attorney: | Craig E. Modlin |
| Case Name: | Frausto vs. California Highway Patrol |
| Case No.: | 3:16-CV-00311-RS |
| Claim No.: | |
| Insurance Co.: | |
| Insured: | DOL: |
| Clients Ref.#1: | |
| Clients Ref.#2: | |
| Adjuster: | |

Description:   Reporter's transcript of the deposition of Norman Don Cornejo, taken 11/10/2016.

| ITEM | QTY | PRICE | LINE TOTAL |
|------|-----|-------|-----------|
| Pages - O&1 - Prison Rate | 91.00 | $ 4.50 | $ 409.50 |
| Videotaped (per page) | 91.00 | $ .00 | $ .00 |
| Exhibit Copies (pages) | 21.00 | $ .25 | $ 5.25 |
| CD: Ascii/etrans/PDF/exhibits | 1.00 | $ 25.00 | $ 25.00 |
| Condensed Transcript | 1.00 | $ .00 | $ .00 |
| Processing & Handling Fee | 1.00 | $ 25.00 | $ 25.00 |
| Regular Delivery | 1.00 | $ .00 | $ .00 |
| Hourly Rate | 3.00 | $ 55.00 | $ 165.00 |
| Mileage | 168.00 | $ .55 | $ 92.40 |

| PAYMENT | | | - $ 722.15 |
| BALANCE DUE | | | $ .00 |

A service fee of .75% per month will be added to any invoice over 30 days old.

- - - - - - - - - - - - Fold and tear at this perforation, then return stub with payment.  - - - - - - - - - - - -

| BALANCE DUE | $ .00 |
| INVOICE NO. | AA0B057 AA |
| FIRM NO. | 1160966 |

For:    Reporter's transcript of the deposition of
Norman Don Cornejo, taken 11/10/2016.

From:   Craig E. Modlin
California Attorney General
P.O. Box 70550
Oakland, CA 94612-

Remit To:   Atkinson-Baker,Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910  fax
www.depo.com

Craig E. Modlin
California Attorney General
P.O. Box 70550
Oakland, CA 94612-

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Malissa Phillips, mphillips@depo.com

ABI'S Federal ID No.: 95-4189037

| | |
|---|---|
| Setting Firm: | Bracamontes & Vlasak PC |
| Taking Attorney: | Michael R. Bracamontes |
| Case Name: | Frausto vs. CHP et al |
| Case No.: | 3:16-CV-00311-RS |

Description: Certified copy of the reporter's transcript of the deposition of Deputy Aaron D. Inns, taken 11/14/2016.

| INVOICE NO. | AA0BD76 AB |
|---|---|
| FIRM NO. | 1160966 |
| INVOICE DATE | 12/02/2016 |
| DUE UPON RECEIPT | |

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| Copy Pages - Personal Injury Rate | 92.00 | $ 2.70 | $ 248.40 |
| Exhibit Copies (pages) | 31.00 | $ .25 | $ 7.75 |
| Exhibit Copies (pages) - Color | 4.00 | $ .50 | $ 2.00 |
| CD Copy: Ascii/etrans/PDF/exhibits | 1.00 | $ 25.00 | $ 25.00 |
| Condensed Transcript | 1.00 | $ .00 | $ .00 |
| Processing & Handling Fee - Copy | 1.00 | $ 25.00 | $ 25.00 |
| Regular Delivery - Copy | 1.00 | $ .00 | $ .00 |
| | | | |
| PAYMENT | | | - $ 308.15 |
| BALANCE DUE | | | **$ .00** |

A service fee of .75% per month will be added to any invoice over 30 days old.

– – – – – – – – – – – – –   Fold and tear at this perforation, then return stub with payment.   – – – – – – – – – – – –

| BALANCE DUE | $   .00 |
|---|---|
| INVOICE NO. | AA0BD76 AB |
| FIRM NO. | 1160966 |

From:  Craig E. Modlin
California Attorney General
P.O. Box 70550
Oakland, CA 94612-

For:      Certified copy of the reporter's transcript of the deposition of Deputy Aaron D. Inns, taken 11/14/2016.

Remit To:   Atkinson-Baker, Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

Page 6 of 19

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910  fax
www.depo.com

Craig E. Modlin
California Attorney General
P.O. Box 70550
Oakland, CA 94612-

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Malissa Phillips, mphillips@depo.com

| ABI'S Federal ID No.: | 95-4189037 |
|---|---|

| Setting Firm: | Bracamontes & Vlasak PC |
|---|---|
| Taking Attorney: | Michael R. Bracamontes |
| Case Name: | Frausto vs. CHP et al |
| Case No.: | 3:16-CV-00311-RS |

Description:   Certified copy of the reporter's transcript of the deposition of Deputy Ivan Stewart, taken 11/15/2016.

| INVOICE NO. | AA0BD77 AB |
|---|---|
| FIRM NO. | 1160966 |
| INVOICE DATE | 11/29/2016 |
| DUE UPON RECEIPT | |

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| Copy Pages - Personal Injury Rate | 84.00 | $ 2.70 | $ 226.80 |
| CD Copy: Ascii/etrans/PDF | 1.00 | $ 25.00 | $ 25.00 |
| Condensed Transcript | 1.00 | $ .00 | $ .00 |
| Processing & Handling Fee - Copy | 1.00 | $ 25.00 | $ 25.00 |
| Regular Delivery - Copy | 1.00 | $ .00 | $ .00 |

| PAYMENT | | | - $ 276.80 |
|---|---|---|---|
| BALANCE DUE | | | $ .00 |

A service fee of .75% per month will be added to any invoice over 30 days old.

- - - - - - - - - - - - - -   Fold and tear at this perforation, then return stub with payment.   - - - - - - - - - - - - -

| BALANCE DUE | $ .00 |
|---|---|
| INVOICE NO. | AA0BD77 AB |
| FIRM NO. | 1160966 |

For:   Certified copy of the reporter's transcript of the deposition of Deputy Ivan Stewart, taken 11/15/2016.

From:   Craig E. Modlin
California Attorney General
P.O. Box 70550
Oakland, CA 94612-

Remit To:   Atkinson-Baker, Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910  fax
www.depo.com

Craig E. Modlin
California Attorney General
P.O. Box 70550
Oakland, CA 94612-

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Malissa Phillips, mphillips@depo.com

| ABI'S Federal ID No.: | 95-4189037 |
|---|---|

| Setting Firm: | Bracamontes & Vlasak PC |
|---|---|
| Taking Attorney: | Michael R. Bracamontes |
| Case Name: | Frausto vs. CHP et al |
| Case No.: | 3:16-CV-00311-RS |

Description:   Certified copy of the reporter's transcript of the
deposition of Deputy Kevin Beyrodt, taken 11/16/2016.

| INVOICE NO. | AA0C251 AC |
|---|---|
| FIRM NO. | 1160966 |
| INVOICE DATE | 12/09/2016 |
| DUE UPON RECEIPT | |

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| Copy Pages – Personal Injury Rate | 88.00 | $ 2.70 | $ 237.60 |
| CD Copy: Ascii/etrans/PDF | 1.00 | $ 25.00 | $ 25.00 |
| Condensed Transcript | 1.00 | $ .00 | $ .00 |
| Processing & Handling Fee - Copy | 1.00 | $ 25.00 | $ 25.00 |
| Regular Delivery - Copy | 1.00 | $ .00 | $ .00 |
| | | | |
| PAYMENT | | | - $ 287.60 |
| BALANCE DUE | | | $ .00 |

A service fee of .75% per month will be added to any invoice over 30 days old.

- - - - - - - - - - - - - - -     Fold and tear at this perforation, then return stub with payment.     - - - - - - - - - - - - - -

| BALANCE DUE | $ .00 |
|---|---|
| INVOICE NO. | AA0C251 AC |
| FIRM NO. | 1160966 |

From:   Craig E. Modlin
California Attorney General
P.O. Box 70550
Oakland, CA 94612-

For:     Certified copy of the reporter's transcript of the
deposition of Deputy Kevin Beyrodt, taken
11/16/2016.

Remit To:   Atkinson-Baker, Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910  fax
www.depo.com

Craig E. Modlin
California Attorney General
P.O. Box 70550
Oakland, CA 94612-

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Malissa Phillips, mphillips@depo.com

ABI'S Federal ID No.:      95-4189037

| Setting Firm: | Bracamontes & Vlasak PC |
| Taking Attorney: | Michael R. Bracamontes |
| Case Name: | Frausto vs. CHP et al |
| Case No.: | 3:16-CV-00311-RS etal. |

Description:   Certified copy of the reporter's transcript of the deposition of Detective Rosario Lopez, taken 11/21/2016.

| INVOICE NO. | AA0C7C0 AC |
| FIRM NO. | 1160966 |
| INVOICE DATE | 12/06/2016 |
| DUE UPON RECEIPT | |

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| Copy Pages - Personal Injury Rate | 61.00 | $ 2.70 | $ 164.70 |
| Exhibit Copies (pages) | 10.00 | $ .25 | $ 2.50 |
| CD Copy: Ascii/etrans/PDF/exhibits | 1.00 | $ 25.00 | $ 25.00 |
| Condensed Transcript | 1.00 | $ .00 | $ .00 |
| Processing & Handling Fee - Copy | 1.00 | $ 25.00 | $ 25.00 |
| Regular Delivery - Copy | 1.00 | $ .00 | $ .00 |

| PAYMENT | | | - $ 217.20 |
|---|---|---|---|
| BALANCE DUE | | | $ .00 |

A service fee of .75% per month will be added to any invoice over 30 days old.

- - - - - - - - - - - - - -   Fold and tear at this perforation, then return stub with payment.   - - - - - - - - - - - - - -

| BALANCE DUE | $ .00 |
| INVOICE NO. | AA0C7C0 AC |
| FIRM NO. | 1160966 |

For:        Certified copy of the reporter's transcript of the deposition of Detective Rosario Lopez, taken 11/21/2016.

From:   Craig E. Modlin
California Attorney General
P.O. Box 70550
Oakland, CA 94612-

Remit To:   Atkinson-Baker,Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910  fax
www.depo.com

Craig Modlin
California Attorney General
P.O. Box 70550
Oakland, CA 94612-

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Malissa Phillips, mphillips@depo.com

ABI'S Federal ID No.:        95-4189037

| | |
|---|---|
| Setting Firm: | Bracamontes & Vlasak PC |
| Taking Attorney: | Michael R. Bracamontes |
| Case Name: | Frausto vs. CHP et al |
| Case No.: | 3:16-CV-00311-RS |

Description:   Certified copy of the reporter's transcript of the deposition of Eric Jones, taken 12/9/2016.

| INVOICE NO. | AA0C264 AB |
|---|---|
| FIRM NO. | 1160966 |
| INVOICE DATE | 01/06/2017 |
| DUE UPON RECEIPT | |

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| Copy Pages - Business Rate | 36.00 | $ 2.70 | $ 97.20 |
| Exhibit Copies (pages) | 1.00 | $ .25 | $ .25 |
| CD Copy: Ascii/etrans/PDF/exhibits | 1.00 | $ 25.00 | $ 25.00 |
| Condensed Transcript | 1.00 | $ .00 | $ .00 |
| Processing & Handling Fee - Copy | 1.00 | $ 25.00 | $ 25.00 |
| Regular Delivery - Copy | 1.00 | $ .00 | $ .00 |

| PAYMENT | | | - $ 147.45 |
|---|---|---|---|
| BALANCE DUE | | | $ .00 |

A service fee of .75% per month will be added to any invoice over 30 days old.

- - - - - - - - - - - -   Fold and tear at this perforation, then return stub with payment.   - - - - - - - - - - - -

| BALANCE DUE | $ .00 |
|---|---|
| INVOICE NO. | AA0C264 AB |
| FIRM NO. | 1160966 |

For:        Certified copy of the reporter's transcript of the deposition of Eric Jones, taken 12/9/2016.

From:   Craig Modlin
California Attorney General
P.O. Box 70550
Oakland, CA 94612-

Remit To:   Atkinson-Baker, Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910  fax
www.depo.com

Craig E. Modlin
California Attorney General
P.O. Box 70550
Oakland, CA 94612-

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Malissa Phillips, mphillips@depo.com

| ABI'S Federal ID No.: | 95-4189037 |
| --- | --- |

| Setting Firm: | Bracamontes & Vlasak PC |
| --- | --- |
| Taking Attorney: | Michael R. Bracamontes |
| Case Name: | Frausto vs. CHP et al |
| Case No.: | 3:16-CV-00311-RS |

Description:   Certified copy of the reporter's transcript of the deposition of Maria Magat, M.D., taken 12/16/2016.

| INVOICE NO. | AA0C263 AB |
| --- | --- |
| FIRM NO. | 1160966 |
| INVOICE DATE | 01/10/2017 |
| DUE UPON RECEIPT | |

| ITEM | QTY | PRICE | LINE TOTAL |
| --- | --- | --- | --- |
| Copy Pages - Med/Expert/Technical | 65.00 | $ 2.90 | $ 188.50 |
| Exhibit Copies (pages) | 11.00 | $ .25 | $ 2.75 |
| CD Copy: Ascii/etrans/PDF/exhibits | 1.00 | $ 25.00 | $ 25.00 |
| Condensed Transcript | 1.00 | $ .00 | $ .00 |
| Processing & Handling Fee - Copy | 1.00 | $ 25.00 | $ 25.00 |
| Regular Delivery - Copy | 1.00 | $ .00 | $ .00 |

| PAYMENT | | | - $ 241.25 |
| --- | --- | --- | --- |
| BALANCE DUE | | | $ .00 |

A service fee of .75% per month will be added to any invoice over 30 days old.

– – – – – – – – – – – –   Fold and tear at this perforation, then return stub with payment.   – – – – – – – – – – – – – – –

| BALANCE DUE | $  .00 |
| --- | --- |
| INVOICE NO. | AA0C263 AB |
| FIRM NO. | 1160966 |

For:   Certified copy of the reporter's transcript of the deposition of Maria Magat, M.D., taken 12/16/2016.

From:   Craig E. Modlin
California Attorney General
P.O. Box 70550
Oakland, CA 94612-

Remit To:   Atkinson-Baker, Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

XAVIER BECERRA
Attorney General



*State of California*
***DEPARTMENT OF JUSTICE***
1300 I STREET, SACRAMENTO, CA 95814
Billing Inquiries: (916) 324-5090

# Cost of Suit Summary

As of  Apr 10, 2017

**MatterID:** OK201690095    **Date Opened:** Feb 8, 2016
**Description:** Frausto, Yolanda v California Highway Patrol

**Total Legal Costs:**
**Cost of Suit:**
**Grand Total:**

*Totals include WIP time.*

### Matter Time Activity Summary

| Rate | Hrs Wrkd | Amount |
|---|---|---|
| | | |

## Cost of Suit

| Entry No | Journal Date | Vendor # | Vendor | Schedule | Reference | Amount |
|---|---|---|---|---|---|---|
| **14351** | | | | | | |
| **2016-2017** | | | | | | |
| **Non Contract Transcript Fees** | | | | | | |
| 100601448 | 2/13/17 | 000010700 | Atkinson Baker | 162090 | AA0C263 AB | $241.25 |
| 100601990 | 2/21/17 | 000077244 | CJ Brown Ontario Crt Rep. | 162120 | 16178 | $971.00 |
| | | | **Totals For: Non Contract Transcript Fees** | | | **$1,112.25** |
| | | | | **Totals For: 2016-2017** | | **$1,112.25** |
| **2015-2016** | | | | | | |
| **Photocopy Charges/Case Costs** | | | | | | |
| 100575520 | 5/19/16 | 000065731 | Us Bank Corp Pymnt Systm | 153255 | 04455563979 2 | $13.50 * |
| | | | **Totals For:  Photocopy Charges/Case Costs** | | | **$0.00** |
| | | | | **Totals For: 2015-2016** | | **$0.00** |
| | | | | **Totals For: 14351** | | **$1,112.25** |
| | | | **Cost of Suit Total:** | | | **$1,112.25** |

\* Denotes soft costs which are not included in totals.

Date: 4/10/17  12:21:21 PM

(AMC001)

**SF Reporters**
912 Cole Street
Number 304
San Francisco, CA  94117
(415)948-8289
karla@sf-reporters.com
www.sf-reporters.com

# INVOICE

**BILL TO**                                           **INVOICE #** 1469
Goody Thompson                                        **DATE** 04/09/2017
Office of Attorney General
1515 Clay Street, 20th Floor                          **TERMS** Due on receipt
P.O. Box 70550
Oakland, CA 94612

**CASE**                                              **REPORTER**
3:16-CV-00311-RS                                      Giselle

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 02/10/2017 | **Transcript**<br>Yolanda Frausto v CHP<br>Deposition of Douglas Tucker MD<br>Certified Transcript<br>PDF, ASCII, Condensed/Mini, Word Index | 29 | 2.65 | 76.85 |
| 02/20/2017 | **Shipping**<br>Shipping & handling | 1 | 20.00 | 20.00 |

Thank you!                          BALANCE DUE          **$96.85**

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910  fax
www.depo.com

Craig E. Modlin
California Attorney General
P.O. Box 70550
Oakland, CA 94612-

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Malissa Phillips, mphillips@depo.com

ABI'S Federal ID No.:          95-4189037

Setting Firm:     Bracamontes & Vlasak PC
Taking Attorney:
Case Name:      Frausto, et al. vs. CHP, et al
Case No.:       3:16CV00311RS

| INVOICE NO. | AB019C9 AC |
|---|---|
| FIRM NO. | 1160966 |
| INVOICE DATE | 03/03/2017 |
| DUE UPON RECEIPT | |

Description:   Certified copy of the reporter's transcript of the deposition of Clarence Chapman, taken 2/16/2017.

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| Copy Pages - Med/Expert/Technical | 89.00 | $ 2.85 | $ 253.65 |
| CD Copy: Ascii/etrans/PDF | 1.00 | $ 25.00 | $ 25.00 |
| Condensed Transcript | 1.00 | $ .00 | $ .00 |
| Processing & Handling Fee - Copy | 1.00 | $ 25.00 | $ 25.00 |
| Regular Delivery - Copy | 1.00 | $ .00 | $ .00 |
| | | | |
| PAYMENT | | | - $ 303.65 |
| BALANCE DUE | | | $ .00 |

A service fee of .75% per month will be added to any invoice over 30 days old.

– – – – – – – – – – – –   Fold and tear at this perforation, then return stub with payment.   – – – – – – – – – – – –

| BALANCE DUE | $ .00 |
|---|---|
| INVOICE NO. | AB019C9 AC |
| FIRM NO. | 1160966 |

For:     Certified copy of the reporter's transcript of the deposition of Clarence Chapman, taken 2/16/2017.

From:  Craig E. Modlin
California Attorney General
P.O. Box 70550
Oakland, CA 94612-

Remit To:   Atkinson-Baker, Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

**SF Reporters**
912 Cole Street
Number 304
San Francisco, CA  94117
(415)948-8289
karla@sf-reporters.com
www.sf-reporters.com

# INVOICE

**BILL TO**
Goody Thompson
Office of Attorney General
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA 94612

**INVOICE #** 1479
**DATE** 04/09/2017

**TERMS** Due on receipt

| CASE | REPORTER |
|------|----------|
| 3:16-CV-00311-RS | Stacy |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 02/23/2017 | **Transcript**<br>Yolanda Frausto v CHP<br>Deposition of Gary Tamkin MD<br>Certified Transcript<br>PDF, ASCII, Condensed/Mini, Word Index | 23 | 2.65 | 60.95 |
| 02/23/2017 | **Shipping**<br>Shipping & handling | 1 | 20.00 | 20.00 |

Thank you!

BALANCE DUE                    **$80.95**

EIN 45-3503316

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910  fax
www.depo.com

Craig E. Modlin
California Attorney General
P.O. Box 70550
Oakland, CA 94612-

| | |
|---|---|
| INVOICE NO. | AB02649 AA |
| FIRM NO. | 1160966 |
| INVOICE DATE | 04/05/2017 |
| DUE UPON RECEIPT | |

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Malissa Phillips, mphillips@depo.com

ABI'S Federal ID No.:          95-4189037

Setting Firm:      California Attorney General
Taking Attorney:   Craig E. Modlin
Case Name:       Frausto vs. California Highway Patrol
Case No.:         3:16-CV-00311-RS
Claim No.:
Insurance Co.:
Insured:                                       DOL:
Clients Ref.#1:    OK2016900314
Clients Ref.#2:
Adjuster:
Description:    Reporter's transcript of the deposition of David
Fairbrother, taken 3/2/2017.

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| Pages - O&1 - Med/Expert/Technical | 63.00 | $ 4.45 | $ 280.35 |
| Exhibit Copies (pages) | 17.00 | $ .25 | $ 4.25 |
| CD: Ascii/etrans/PDF/exhibits | 1.00 | $ 25.00 | $ 25.00 |
| Condensed Transcript | 1.00 | $ .00 | $ .00 |
| Processing & Handling Fee | 1.00 | $ 25.00 | $ 25.00 |
| Regular Delivery | 1.00 | $ .00 | $ .00 |
| Hourly Rate | 2.00 | $ 20.00 | $ 40.00 |
| Parking ($10.00) | 1.00 | $ .00 | $ .00 |

| | | | |
|---|---|---|---|
| PAYMENT | | | - |
| BALANCE DUE | | | $ 374.60 |

A service fee of .75% per month will be added to any invoice over 30 days old.

– – – – – – – – – – – –   Fold and tear at this perforation, then return stub with payment.   – – – – – – – – – –

| | |
|---|---|
| BALANCE DUE | $  374.60 |
| INVOICE NO. | AB02649 AA |
| FIRM NO. | 1160966 |

For:     Reporter's transcript of the deposition of David
Fairbrother, taken 3/2/2017.

From:  Craig E. Modlin
California Attorney General
P.O. Box 70550
Oakland, CA 94612-

Remit To:  Atkinson-Baker,Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910  fax
www.depo.com

Craig E. Modlin
California Attorney General
P.O. Box 70550
Oakland, CA 94612-

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Malissa Phillips, mphillips@depo.com

ABI'S Federal ID No.:          95-4189037

| | |
|---|---|
| INVOICE NO. | AB02648 AA |
| FIRM NO. | 1160966 |
| INVOICE DATE | 04/05/2017 |
| DUE UPON RECEIPT | |

Setting Firm:     California Attorney General
Taking Attorney:   Craig E. Modlin
Case Name:        Frausto vs. California Highway Patrol
Case No.:         3:16-CV-00311-RS
Claim No.:
Insurance Co.:
Insured:                                       DOL:
Clients Ref.#1:    OK2016900314
Clients Ref.#2:
Adjuster:
Description:    Reporter's transcript of the deposition of Phil Allman, taken 3/16/2017.

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| Pages - O&1 - Med/Expert/Technical | 53.00 | $ 4.45 | $ 235.85 |
| Exhibit Copies (pages) | 23.00 | $ .25 | $ 5.75 |
| CD: Ascii/etrans/PDF/exhibits | 1.00 | $ 25.00 | $ 25.00 |
| Condensed Transcript | 1.00 | $ .00 | $ .00 |
| Processing & Handling Fee | 1.00 | $ 25.00 | $ 25.00 |
| Regular Delivery | 1.00 | $ .00 | $ .00 |
| Hourly Rate | 2.00 | $ 20.00 | $ 40.00 |

| | | | |
|---|---|---|---|
| PAYMENT | | | - |
| BALANCE DUE | | | $ 331.60 |

A service fee of .75% per month will be added to any invoice over 30 days old.

- - - - - - - - - - - - - -  Fold and tear at this perforation, then return stub with payment.  - - - - - - - - - - - - -

| BALANCE DUE | $  331.60 |
|---|---|
| INVOICE NO. | AB02648 AA |
| FIRM NO. | 1160966 |

For:      Reporter's transcript of the deposition of Phil Allman, taken 3/16/2017.

From:  Craig E. Modlin
California Attorney General
P.O. Box 70550
Oakland, CA 94612-

Remit To:  Atkinson-Baker, Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

# SCHEDULE C
## Fees for Witnesses

| Date | Witness | Fee | Travel | Total |
|---|---|---|---|---|
| 03/02/2017 | David Fairbrother | $40. | 31.4 miles@.57 ½ per mile =$18.05 Mill Valley/San Francisco | $58.05 |
| 03/16/2017 | Phil Allman | $40. | Not applicable | $40. |
| **TOTAL** | | | | **$98.05** |

For expert witnesses, their reasonable hourly fee exceeded the costs awardable under the statute, and therefore, the lesser, awardable cost has been used in lieu of the higher, actual cost.

**David K. Fairbrother**
**734 Lovell Ave**
**Mill Valley, CA 94941**
**(415)847-8405**

March 6, 2017

Mr. Craig Modlin
State of California
Department of Justice
1515 Clay Street
Oakland, CA  94162

Dear Mr. Modlin:

Please find enclosed the completed SD 204 you provided to me after your deposition on March 2, 2017 in San Francisco.

My fee for deposition is $150 per hour.  For the two hours please forward a check to the above address made out to David Fairbrother in the amount of $300.

Thank you,

David Fairbrother, Lieutenant
California Highway Patrol (ret.)

Fransto v CHP

14351  180  OK 2016900314

x Craig Modlin

Approved For payment
OAG Craig modlin

PHILLIP H. ALLMAN, Ph.D.
JEFFREY S. PETERSEN, Ph.D.

**ALLMAN & PETERSEN**
7677 Oakport Street, Suite 610
Oakland, CA 94621

TEL: (510) 382-1550
FAX: (510) 382-1472

TO:

Craig Modlin
Department of Justice
Office of the Attorney General
1515 Clay Street, P.O Box 70550
Oakland, CA 94612

# Invoice

| DATE | INVOICE # | CASE |
|------|-----------|------|
| 3/17/2017 | 6853 | Frausto |

| DATE | SERVICES RENDERED | HOURS | RATE | AMOUNT |
|------|-------------------|-------|------|--------|
| 3/16/2017 | Deposition testimony. | 1.5 | 450.00 | 675.00 |

*Frausto v CHP*
*14351 180 OK2016900314*

*x Craig Modlin*
*approved for payment*
*DAG Craig modlin*

Please make check payable to Allman & Petersen Economics, LLC.
Federal Tax ID: 20-2053788
BALANCE DUE UPON RECEIPT

**Balance Due:** $675.00

# SCHEDULE D
## Fees for Exemplification and Costs of Copies

| Date | Items Copied | Vendor | Amount |
|------|--------------|--------|--------|
| 08/26/2016 | Decedent's medical records from Corizon Health Care | Ace Attorney Service | $143.15 |
| 08/26/2016 | Decedent's medical records from Highland Hospital | Ace Attorney Service | $143.18 |
| 08/26/2016 | Decedent's medical billing records from Highland Hospital | Ace Attorney Service | $126.68 |
| 08/26/2016 | Decedent's radiology records from Highland Hospital | Ace Attorney Service | $126.68 |
| 08/26/2016 | Decedent's medical records from Oakland Fire Department | Ace Attorney Service | $126.68 |
| 08/26/2016 | Decedent's medical records from Paramedics Plus | Ace Attorney Service | $162.43 |
| 11/28/2016 | Decedent's medical records from Highland Hospital | Quest Discovery Service | $155.85 |
| 11/28/2016 | Decedent's medical records from Highland Hospital | Quest Discovery Service | $ 23.00 |
| **TOTAL** | | | **$1007.65** |

# ACE ATTORNEY SERVICE, Inc.
*"Delivering Peace of Mind"*

P.O. BOX 71036
LOS ANGELES, CA 90071
Tax Id: 95-4557668

# INVOICE

**Contract No.: 15-8476C**

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: | DATE ORDERED |
|---|---|---|---|
| 10961 | March 31, 2017 | 38047-05-03 | August 26, 2016 |

Bill To:
**CRAIG MODLIN**
**OFFICE OF THE ATTORNEY GENERAL-OAK**
**1515 CLAY STREET Suite 2000**
**OAKLAND, CA 94612**
**Attn: ADRIAN RINCON**

Ordered By:
**GOODY THOMPSON**
**OFFICE OF THE ATTORNEY GENERAL-OAK**
**1515 CLAY STREET Suite 2000**
**OAKLAND, CA 94612**

File No.: **OK2016900314**

| | |
|---|---|
| Case No: **16 cv 00311-RS; cv-00974; cv -03633** | Patient: **JOHN ANTHONY CORNEJO** |
| Court: **UNITED STATES DISTRICT COURT** | DOB: **1/19/1995** |
| Plaintiff: **YOLANDA FRAUSTO** | DOI: |
| Defendant: **CALIFORNIA HIGHWAY PATROL, ET AL** | |

| LOCATION AND DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| *SUBPOENA PREPARATION | 1.00 | 30.00 | 30.00 |
| *SERVICE OF PROCESS | 1.00 | 65.00 | 65.00 |
| *FOLLOW-UP PROOF OF SERVICE | 1.00 | 10.00 | 10.00 |
| *COPIES | 93.00 | .19 | 17.67 |
| *WITNESS FEE ADVANCE | | | 17.17 |
| *CHECK CHARGE | 17.17 | .10 | 1.72 |

| | | |
|---|---|---|
| Any and all records per your request on: **JOHN ANTHONY CORNEJO from:** CORIZON HEALTH CARE AT GLENN D. DYER DETENTION CENTER 550 6TH STREET OAKLAND, CA 94607 | **SUB-TOTAL** | 141.56 |
| | **SALES TAX 9.00%** | 1.59 |
| | **TOTAL DUE** | **$ 143.15** |

Thank you for choosing Ace Attorney Service,Inc.
For billing inquiries, please contact our Accounting Department at (213) 623-3979.
PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT.

TO AVOID FINANCE CHARGES
INVOICE IS DUE 30 DAYS FROM INVOICE DATE

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 10961 | March 31, 2017 | 38047-05-03 |

Remit To:

**Ace Attorney Service,Inc.**
**P.O. BOX 71036**
**LOS ANGELES, CA 90071**

**TOTAL DUE:**   **$  143.15**

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.
2. MAKE CHECKS PAYABLE TO Ace Attorney Service,Inc..

Order#:38047-05/CINV

# ACE ATTORNEY SERVICE, Inc.
## "Delivering Peace of Mind"

P.O. BOX 71036
LOS ANGELES, CA 90071
Tax Id: 95-4557668

# INVOICE

**Contract No.: 15-8476C**

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: | DATE ORDERED |
|---|---|---|---|
| 10961 | March 31, 2017 | 38047-01-03 | August 26, 2016 |

Bill To:
**CRAIG MODLIN**
**OFFICE OF THE ATTORNEY GENERAL-OAK**
**1515 CLAY STREET Suite 2000**
**OAKLAND, CA 94612**
**Attn: ADRIAN RINCON**

Ordered By:
**GOODY THOMPSON**
**OFFICE OF THE ATTORNEY GENERAL-OAK**
**1515 CLAY STREET Suite 2000**
**OAKLAND, CA 94612**

File No.: **OK2016900314**

| | |
|---|---|
| Case No: 16 cv 00311-RS; cv-00974; cv -03633 | Patient: **JOHN ANTHONY CORNEJO** |
| Court: **UNITED STATES DISTRICT COURT** | DOB: **1/19/1995** |
| Plaintiff: **YOLANDA FRAUSTO** | DOI: |
| Defendant: **CALIFORNIA HIGHWAY PATROL, ET AL** | |

| LOCATION AND DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| *SUBPOENA PREPARATION | 1.00 | 30.00 | 30.00 |
| *SERVICE OF PROCESS | 1.00 | 65.00 | 65.00 |
| *FOLLOW-UP PROOF OF SERVICE | 1.00 | 10.00 | 10.00 |
| *COPIES | 25.00 | .19 | 4.75 |
| *WITNESS FEE ADVANCE & CUSTODIA PROCESSING FEE | | | 30.00 |
| *CHECK CHARGE | 30.00 | .10 | 3.00 |

| | | |
|---|---|---|
| Any and all records per your request on:<br>**JOHN ANTHONY CORNEJO** from:<br>ALAMEDA HEALTH SYSTEMS-HIGHLAND HOSPITAL (Attn: Medical Records)<br>1411 E. 31ST STREET<br>OAKLAND, CA 94602 | **SUB-TOTAL** | 142.75 |
| | **SALES TAX 9.00%** | .43 |
| | **TOTAL DUE** | **$ 143.18** |

Thank you for choosing Ace Attorney Service,Inc.
For billing inquiries, please contact our Accounting Department at (213) 623-3979.
PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT.

TO AVOID FINANCE CHARGES
INVOICE IS DUE 30 DAYS FROM INVOICE DATE

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 10961 | March 31, 2017 | 38047-01-03 |

Remit To:

**Ace Attorney Service,Inc.**
**P.O. BOX 71036**
**LOS ANGELES, CA 90071**

**TOTAL DUE:**  **$  143.18**

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.

2. MAKE CHECKS PAYABLE TO Ace Attorney Service,Inc..

Order#:38047-01/CINV

# ACE ATTORNEY SERVICE, Inc.
*"Delivering Peace of Mind"*

P.O. BOX 71036
LOS ANGELES, CA 90071
Tax Id: 95-4557668

# INVOICE

**Contract No.: 15-8476C**

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: | DATE ORDERED |
|---|---|---|---|
| 10961 | March 31, 2017 | 38047-03-03 | August 26, 2016 |

Bill To:
**CRAIG MODLIN**
**OFFICE OF THE ATTORNEY GENERAL-OAK**
**1515 CLAY STREET Suite 2000**
**OAKLAND, CA 94612**
**Attn: ADRIAN RINCON**

Ordered By:
**GOODY THOMPSON**
**OFFICE OF THE ATTORNEY GENERAL-OAK**
**1515 CLAY STREET Suite 2000**
**OAKLAND, CA 94612**

File No.: **OK2016900314**

| | |
|---|---|
| Case No: **16 cv 00311-RS; cv-00974; cv -03633** | Patient: **JOHN ANTHONY CORNEJO** |
| Court: **UNITED STATES DISTRICT COURT** | DOB: **1/19/1995** |
| Plaintiff: **YOLANDA FRAUSTO** | DOI: |
| Defendant: **CALIFORNIA HIGHWAY PATROL, ET AL** | |

| LOCATION AND DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| *SUBPOENA PREPARATION | 1.00 | 30.00 | 30.00 |
| *SERVICE OF PROCESS | 1.00 | 65.00 | 65.00 |
| *FOLLOW-UP PROOF OF SERVICE | 1.00 | 10.00 | 10.00 |
| *COPIES | 25.00 | .19 | 4.75 |
| *WITNESS FEE ADVANCE | 1.00 | 15.00 | 15.00 |
| *CHECK CHARGE | 15.00 | .10 | 1.50 |

| | | |
|---|---|---|
| Any and all records per your request on: **JOHN ANTHONY CORNEJO** from: | **SUB-TOTAL** | 126.25 |
| ALAMEDA HEALTH SYSTEMS-HIGHLAND HOSPITAL (Attn: Billing Records/Patient Accounts) | **SALES TAX 9.00%** | .43 |
| 1411 E. 31ST STREET OAKLAND, CA 94602 | **TOTAL DUE** | **$ 126.68** |

Thank you for choosing Ace Attorney Service,Inc.
For billing inquiries, please contact our Accounting Department at (213) 623-3979.
PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT.

TO AVOID FINANCE CHARGES
INVOICE IS DUE 30 DAYS FROM INVOICE DATE

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 10961 | March 31, 2017 | 38047-03-03 |

Remit To:

**Ace Attorney Service,Inc.**
**P.O. BOX 71036**
**LOS ANGELES, CA 90071**

**TOTAL DUE:**   **$ 126.68**

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.
2. MAKE CHECKS PAYABLE TO Ace Attorney Service,Inc..

Order#:38047-03/CINV

# ACE ATTORNEY SERVICE, Inc.
*"Delivering Peace of Mind"*

P.O. BOX 71036
LOS ANGELES, CA 90071
Tax Id: 95-4557668

# INVOICE

**Contract No.: 15-8476C**

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: | DATE ORDERED |
|---|---|---|---|
| 10961 | March 31, 2017 | 38047-07-03 | August 26, 2016 |

Bill To:
**CRAIG MODLIN**
**OFFICE OF THE ATTORNEY GENERAL-OAK**
**1515 CLAY STREET Suite 2000**
**OAKLAND, CA 94612**
**Attn: ADRIAN RINCON**

Ordered By:
**GOODY THOMPSON**
**OFFICE OF THE ATTORNEY GENERAL-OAK**
**1515 CLAY STREET Suite 2000**
**OAKLAND, CA 94612**

File No.: **OK2016900314**

| | |
|---|---|
| Case No: 16 cv 00311-RS; cv-00974; cv -03633 | Patient: JOHN ANTHONY CORNEJO |
| Court: UNITED STATES DISTRICT COURT | DOB: 1/19/1995 |
| Plaintiff: YOLANDA FRAUSTO | DOI: |
| Defendant: CALIFORNIA HIGHWAY PATROL, ET AL | |

| LOCATION AND DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| *SUBPOENA PREPARATION | 1.00 | 30.00 | 30.00 |
| *SERVICE OF PROCESS | 1.00 | 65.00 | 65.00 |
| *FOLLOW-UP PROOF OF SERVICE | 1.00 | 10.00 | 10.00 |
| *COPIES | 25.00 | .19 | 4.75 |
| *WITNESS FEE ADVANCE | 1.00 | 15.00 | 15.00 |
| *CHECK CHARGE | 15.00 | .10 | 1.50 |

| | | |
|---|---|---|
| Any and all records per your request on: **JOHN ANTHONY CORNEJO** from: ALAMEDA HEALTH SYSTEMS-HIGHLAND HOSPITAL (Attn: Radiology Records) 1411 E. 31ST STREET OAKLAND, CA 94602 | SUB-TOTAL | 126.25 |
| | SALES TAX 9.00% | .43 |
| | TOTAL DUE | $ 126.68 |

Thank you for choosing Ace Attorney Service, Inc.
For billing inquiries, please contact our Accounting Department at (213) 623-3979.
PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT.

TO AVOID FINANCE CHARGES
INVOICE IS DUE 30 DAYS FROM INVOICE DATE

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 10961 | March 31, 2017 | 38047-07-03 |

Remit To:

**Ace Attorney Service, Inc.**
**P.O. BOX 71036**
**LOS ANGELES, CA 90071**

**TOTAL DUE:**   **$ 126.68**

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.
2. MAKE CHECKS PAYABLE TO Ace Attorney Service, Inc..

Order#:38047-07/CINV

# ACE ATTORNEY SERVICE, Inc.
*"Delivering Peace of Mind"*

P.O. BOX 71036
LOS ANGELES, CA 90071
Tax Id: 95-4557668

# INVOICE

**Contract No.: 15-8476C**

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: | DATE ORDERED |
|---|---|---|---|
| 10961 | March 31, 2017 | 38047-04-03 | August 26, 2016 |

Bill To:
**CRAIG MODLIN**
**OFFICE OF THE ATTORNEY GENERAL-OAK**
**1515 CLAY STREET Suite 2000**
**OAKLAND, CA 94612**
**Attn: ADRIAN RINCON**

Ordered By:
**GOODY THOMPSON**
**OFFICE OF THE ATTORNEY GENERAL-OAK**
**1515 CLAY STREET Suite 2000**
**OAKLAND, CA 94612**

File No.: **OK2016900314**

| | |
|---|---|
| Case No: **16 cv 00311-RS; cv-00974; cv -03633** | Patient: **JOHN ANTHONY CORNEJO** |
| Court: **UNITED STATES DISTRICT COURT** | DOB: **1/19/1995** |
| Plaintiff: **YOLANDA FRAUSTO** | DOI: |
| Defendant: **CALIFORNIA HIGHWAY PATROL, ET AL** | |

| LOCATION AND DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| *SUBPOENA PREPARATION | 1.00 | 30.00 | 30.00 |
| *SERVICE OF PROCESS | 1.00 | 65.00 | 65.00 |
| *FOLLOW-UP PROOF OF SERVICE | 1.00 | 10.00 | 10.00 |
| *COPIES | 25.00 | .19 | 4.75 |
| *WITNESS FEE ADVANCE | 1.00 | 15.00 | 15.00 |
| *CHECK CHARGE | 15.00 | .10 | 1.50 |

| | | |
|---|---|---|
| Any and all records per your request on: **JOHN ANTHONY CORNEJO** from: **OAKLAND FIRE DEPARTMENT** 150 FRANK OGAWA PLAZA, STE. 3354 OAKLAND, CA 94612 | SUB-TOTAL | 126.25 |
| | SALES TAX 9.00% | .43 |
| | TOTAL DUE | $ 126.68 |

Thank you for choosing Ace Attorney Service, Inc.
For billing inquiries, please contact our Accounting Department at (213) 623-3979.
PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT.

TO AVOID FINANCE CHARGES
INVOICE IS DUE 30 DAYS FROM INVOICE DATE

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 10961 | March 31, 2017 | 38047-04-03 |

Remit To:

**Ace Attorney Service, Inc.**
**P.O. BOX 71036**
**LOS ANGELES, CA 90071**

**TOTAL DUE:**      **$ 126.68**

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.

2. MAKE CHECKS PAYABLE TO Ace Attorney Service, Inc..

Order#:38047-04/CINV

# ACE ATTORNEY SERVICE, Inc.
*"Delivering Peace of Mind"*

P.O. BOX 71036
LOS ANGELES, CA 90071
Tax Id: 95-4557668

# INVOICE

Contract No.: 15-8476C

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: | DATE ORDERED |
|---|---|---|---|
| 10961 | March 31, 2017 | 38047-06-03 | August 26, 2016 |

Bill To:
**CRAIG MODLIN**
**OFFICE OF THE ATTORNEY GENERAL-OAK**
**1515 CLAY STREET Suite 2000**
**OAKLAND, CA 94612**
**Attn: ADRIAN RINCON**

Ordered By:
**GOODY THOMPSON**
**OFFICE OF THE ATTORNEY GENERAL-OAK**
**1515 CLAY STREET Suite 2000**
**OAKLAND, CA 94612**

File No.: **OK2016900314**

| | |
|---|---|
| Case No: **16 cv 00311-RS; cv-00974; cv -03633** | Patient: **JOHN ANTHONY CORNEJO** |
| Court: **UNITED STATES DISTRICT COURT** | DOB: **1/19/1995** |
| Plaintiff: **YOLANDA FRAUSTO** | DOI: |
| Defendant: **CALIFORNIA HIGHWAY PATROL, ET AL** | |

| LOCATION AND DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| *SUBPOENA PREPARATION | 1.00 | 30.00 | 30.00 |
| *SERVICE OF PROCESS | 1.00 | 65.00 | 65.00 |
| *FOLLOW-UP PROOF OF SERVICE | 1.00 | 10.00 | 10.00 |
| *COPIES | 65.00 | .19 | 12.35 |
| *WITNESS FEE ADVANCE & CUSTODIAN PROCESSING FEE | | | 39.97 |
| *CHECK CHARGE | 39.97 | .10 | 4.00 |

| | | |
|---|---|---|
| Any and all records per your request on:<br>**JOHN ANTHONY CORNEJO** from:<br>PARAMEDICS PLUS, L.L.C. c/o CT CORPORATION SYSTEM<br>818 WEST 7TH STREET #930<br>LOS ANGELES, CA 90017 | SUB-TOTAL | 161.32 |
| | SALES TAX 9.00% | 1.11 |
| | TOTAL DUE | $ 162.43 |

Thank you for choosing Ace Attorney Service, Inc.
For billing inquiries, please contact our Accounting Department at (213) 623-3979.
PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT.

**TO AVOID FINANCE CHARGES**
**INVOICE IS DUE 30 DAYS FROM INVOICE DATE**

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 10961 | March 31, 2017 | 38047-06-03 |

Remit To:

**Ace Attorney Service, Inc.**
**P.O. BOX 71036**
**LOS ANGELES, CA 90071**

TOTAL DUE: $ 162.43

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.
2. MAKE CHECKS PAYABLE TO Ace Attorney Service, Inc..

Order#:38047-06/CINV



# Invoice

P.O. BOX 49051
SAN JOSE, CA 95161-9051
(800) 800-6800
Fax (408) 441-7070
F.E.I.N. 76-2662336

*Quality • Uniformity • Excellence • Service • Teamwork*

## QUEST DISCOVERY SERVICES

**Original**

http://www.questds.com/

| Bill to: CAL555 | ATTN: GUDRUN THOMPSON<br>STATE OF CALIFORNIA<br>ATTORNEY GENERAL'S OFFICE<br>1515 CLAY STREET, 20TH FL.<br>OAKLAND, CA 94612 |
|---|---|

Ordered by:

| | |
|---|---|
| Invoice #: | SJS615540B1 |
| Order Date: | 12/07/16 |
| Depo Date: | 11/28/16 |
| Invoice Date: | 12/30/16 |
| Case    #: | 316CV00311RS |
| Date of Loss: | 03/29/15 |
| Client File #: | OK2016900314 |
| Claim    #: | |
| Insured: | |

Pertaining to: YOLANDA FRAUSTO, ET AL. VS. CALIFORNIA HIGHWAY PATROL, ET AL.
JOHN ANTHONY CORNEJO DOB:01/19/95 SSN:XXX-XX-1495
From:       HIGHLAND HOSPITAL, ALAMEDA COUNTY MEDICAL CENTER 1411 EAST 31ST ST - DEPT A1
OAKLAND, CA 94602

CHARGES:

| | | | |
|---|---|---|---|
| | | BASIC WITH RECORDS ON-LINE | 40.00 |
| PH02 | 200 | PHOTOSTAT(S) | 76.00 |
| PH79 | 200 | IMAGES ON-LINE | 30.00 |



*Frausto v CHP*
*14351 180 2016900314*

x *Craig Medlin*
*Approved for payment*
*OAG Craig Medlin*

Comments:
**REQUESTED RECORDS ENCLOSED AS SPECIFIED.**
**RECORDS AVAILABLE TO DOWNLOAD ONLINE @ QUESTDS.COM. THANK YOU!**

| | |
|---|---|
| Gross: | 146.00 |
| Tax: | .00 |
| Shipping / Handling: | 9.85 |
| **Total:** | **155.85** |

Payment due 30 days from invoice date, a $20 late fee may be accessed monthly for invoices 90 days past invoice date.

(Remittance Portion)

| | |
|---|---|
| Invoice #: | **SJS615540B1** |

Quest Discovery Services
PO Box 49051
San Jose, CA 95161-9051

| | |
|---|---|
| Total Due: | **155.85** |
| Bill To: | CAL555 |
| Ship To: | |

EOE M/F/D/V

hhsan / INVOICE



# Statement

P.O. BOX 49051
SAN JOSE, CA 95161-9051
(800) 800-6800
Fax (408) 441-7070
F.E.I.N. 75-2652336

## QUEST DISCOVERY SERVICES

*Quality • Uniformity • Excellence • Service • Teamwork*

http://www.questds.com/

TO:   **STATE OF CALIFORNIA**   **Fax No.: 510/622-2270**
**ATTORNEY GENERAL'S OFFICE**
**1515 CLAY STREET, 20TH FL.**
**OAKLAND, CA 94612**

**Attn: CRAIG MODLIN, DAG**

Payments, credits or debits made after 12/31/16 are not reflected.

| | Statement Date: | **01/05/17** |
|---|---|---|
| | Client #: | **CAL555** |

| | Invoice No. | Invoice Date | Payment Made | Balance Due |
|---|---|---|---|---|
| **Attorney:   CRAIG MODLIN, DAG** | | | | |
| **Case Name:** YOLANDA FRAUSTO, ET AL. VS. CALIFORNIA HIGHWAY PATROL, ET AL. | | | | |
| **File No.:** OK2016900314 | | | | |
| **Loss Date:** 03/29/15 | | | | |
| **Location(s):** | | | | |
| HIGHLAND HOSP-ACMC/OAK | SJS615540B | 12/20/16 | | 23.00 |
| HIGHLAND HOSP-ACMC/OAK | SJS615540B1 | 12/30/16 | | 155.85 |
| | | **Case Name Total** | | **178.85** |
| | | **Attorney Total** | | **178.85** |
| | | **Total Amount Due** | | 178.85 |

Unless prior arrangements have been made, a $20 late fee may be accessed monthly on invoices not paid within 90 days.

Quest Discovery Services is committed to meeting our clients' needs. We have listened to many of your comments and suggestions and revised the format of our statement of account.

If you have any questions or comments regarding this new format please contact the specialist listed below who handles your account.

Name   Rosalinda "Rosie" Montez
Phone  (408) 441-7000  Ext. 3555
e-mail  rmontez@questds.com